UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------

JASON BALKUM

                                   Plaintiff,

    **-v.-**

                                   Civil Action No.
                                   9:09-cv-289 (GLS/TWD)

JOSE GONZALEZ,
et al.

                                   Defendants.
------------------------------------------------------------------------

APPEARANCES:                         OF COUNSEL:

**FOR THE PLAINTIFF:**

JASON BALKUM
*Pro Se*
352 Hayward Avenue
Apt. 1
Rochester, New York 14609

**FOR THE DEFENDANTS:**

HON. ERIC T. SCHNEIDERMAN      RICHARD LOMBARDO, ESQ.
Attorney General of the State of       Assistant Attorney General
 State of New York
The Capitol
Albany, New York 12224

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed

April 21, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed April 21, 2014 (Dkt. No. 64) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Defendants' motion to dismiss (Dkt. No. 61) is DENIED without prejudice; and it is further

ORDERED that the Plaintiff is to participate in another deposition and to comply with paragraph I(A)(1) of the Mandatory Pretrial Discovery and Scheduling Order; and it is further

ORDERED that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: June 4, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court